1
2
3                                                           JS-6
4
5
6
7
8
9               **UNITED STATES DISTRICT COURT**
10      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
11

| | |
|---|---|
| JOE A. KASSAR, an individual, | Case No. 12-CV-08923-PA (VBKx) |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES INC., a Texas corporation and DOES 1 through 10, Inclusive, | Complaint Filed:  October 17, 2012 |
| | District Judge:   Hon. Percy Anderson<br>Dept:   15 |
| Defendants. | Magistrate:   Hon. Victor B. Kenton<br>Dept:   590<br>Trial Date:   Not Set |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE
ACTION WITH PREJUDICE

1      Having considered the Stipulation to Dismiss Entire Action With Prejudice by

2  and between the parties, the Court hereby orders this action to be dismissed with

3  prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party

4  shall bear their own attorneys' fees and costs.

5

6      IT IS SO ORDERED.

7

8

9  Dated: August 7, 2013                              _____

10                                   Hon. Percy Anderson

                                      United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE
ACTION WITH PREJUDICE